**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA,
　　　　　　　Plaintiff,

vs.

$16,816.30 IN FUNDS MAINTAINED IN
BANK OF AMERICA ACCOUNT NUMBER
XXXXXXX8134, HELD IN THE NAME OF
B.V. VENTURES, LLC,
　　　　　　　Defendant.

CIVIL ACTION FILE

NO.  1:22-cv-01760-SDG

## DEFAULT JUDGMENT

A default having been entered against the defendant on 9/23/2024, and the plaintiff having requested entry of default judgment against the defaulted defendant and having filed a proper affidavit in accordance with Rule 55 of the Federal Rules of Civil Procedure,

JUDGMENT IS HEREBY ENTERED in favor of the plaintiff, UNITED STATES OF AMERICA, against the defendant, $16,816.30 IN FUNDS MAINTAINED IN BANK OF AMERICA ACCOUNT NUMBER XXXXXXX8134, HELD IN THE NAME OF B.V. VENTURES, LLC, for all right, title, and interest in the Defendant funds.

Dated at Atlanta, Georgia this 23rd day of September, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By:　 s/ T. Schoolcraft
Deputy Clerk

Prepared, filed, and entered in
the Clerk's Office
September 23, 2024
Kevin P. Weimer
Clerk of Court

By: s/ T. Schoolcraft
Deputy Clerk